Argued and submitted March 26, affirmed June 17, petition for review denied November 24, 1998 (328 Or 41)

## MARK ALLEN VANDERHOOF,
*Appellant,*

*v.*

## Robert SCHIEDLER,
Superintendent,
Santiam Correctional Institution,
*Respondent.*

(96C-12925; CA A96060)

957 P2d 1228

Mark J. Geiger argued the cause and filed the brief for appellant.

Christine Ann Chute, Assistant Attorney General, argued the cause for respondent. With her on the brief were Hardy Myers, Attorney General, and Michael D. Reynolds, Solicitor General.

Before Riggs, Presiding Judge, and Landau and Wollheim, Judges.

PER CURIAM

Affirmed. *Weidner v. Armenakis*, 154 Or App 12, 959 P2d 623 (1998).